North American Acceptance Corporation, Appellant, v. R. C. Bihlmeier, Appellee.

Gen. No. 10,062.

opinion filed September 18, 1947; released for publication October 7, 1947. Oakleaf & Churchill and Braun, Brodie & Johnson, for appellant; Robert G. Corbett, of counsel; Bell, Farrar & Scott, for appellee; Earl L. Scott, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.